FILED

06/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0257

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

_____

No. DA 20-0257

_____

| | |
|---|---|
| TONY C. PHIPPS and MINDY L. PHIPPS, ) <br> ) <br> Plaintiffs/Appellants, ) <br> ) <br> vs. ) <br> ) <br> OLD REPUBLIC NATIONAL TITLE ) <br> INSURANCE COMPANY; SECURITY ) <br> TITLE AND ABSTRACT COMPANY; ) <br> and JOHN DOES I-V, ) <br> ) <br> Defendants/Appellees. ) <br> _____) | **ORDER GRANTING 30-DAY** <br> **EXTENSION** |

Pursuant to M.R.App.P. 26(1) and upon Uncontested Motion of Appellants for an extension of time to file its Brief, and there being no objection from Appellee, IT IS HEREBY ORDERED that Appellants are granted a thirty-day extension, up to and including August 5, 2020, within which to file the Opening Brief.

Dated this 10th day of June, 2020.

_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 10 2020